**Fill in this information to identify your case:**

Debtor Name _____Zugo Bike LLC_____

United States Bankruptcy Court for the: _____Western District of Texas_____

Case number (*If known*): _____

■ Check if this is an amended filing

## Official Form 206Sum

## Summary of Your Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:** **Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..........................

   $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..........................

   $ _____622,630.32

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..........................

   $ _____622,630.32

---

**Part 2:** **Summarize Your Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of Schedule D............................

   $ _____1,718,794.11

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................

   $ _____27,300.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................

   + $ _____1,664,459.86

4. **Total liabilities** ............................
   Lines 2 + 3a + 3b

   $ _____3,410,553.97

---

Copyright © Financial Software Solutions, LLC

**Fill in this information to identify your case:**

Debtor Name    **Zugo Bike LLC**

United States Bankruptcy Court for the:  **Western District of Texas**

Case number *(if known)*: _____

☑ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets — Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**
   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.2 | **Wells Fargo** | **Savings Account** | 5624 | $ 150.18 |
| 3.3 | **Wells Fargo** | **Savings Account** | 5632 | $ 385.27 |
| 3.1 | **Wells Fargo** | **Checking Account** | 5831 | $ 0.00 |
| 3.4 | **Wells Fargo** | **Checking Account** | 6458 | $ 43,950.70 |
| 3.5 | **Chase Bank, N.A.** | **Checking Account** | | $ Unknown |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.
   $ 44,486.15

Debtor      **Zugo Bike LLC**                                          Case number *(if known)* _____
                Name

---

| **Part 2:** | **Deposits and prepayments** |

6. **Does the debtor have any deposits or prepayments?**
   - ☑ No. Go to Part 3.
   - ■ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   **7.1**  __Prepayments paid to suppliers for bikes and batteries__                    $ _____ 297,982.91

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2**
   Add lines 7 through 8. Copy the total to line 81.

   | $ 297,982.91 |
   |---|

---

| **Part 3:** | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**
    - ■ No. Go to Part 4.
    - ☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

11. **Accounts receivable**

    **11a. 90 days old or less:**   _____ 0.00  –  _____ 0.00  =  $ _____ 0.00
                                     face amount         doubtful or uncollectible accounts

    **11b. Over 90 days old:**      _____ 0.00  –  _____ 0.00  =  $ _____ 0.00
                                     face amount         doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

    | $ 0.00 |
    |---|

---

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

Debtor **Zugo Bike LLC**
_____
Name

Case number *(if known)* _____

---

| **Part 4:** | **Investments** |
|---|---|

13. **Does the debtor own any investments?**
   - ■ No. Go to Part 5.
   - ☑ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                            % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.

   $_____ 0.00

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**
   - ☑ No. Go to Part 6.
   - ■ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

20. **Work in progress**

   **Bikes, accessories, and batteries**
   **$227,509.10 at Seko + $27,936.96 at Lamar**  | MM / DD / YYYY | $ 255,446.06 | | $ 255,446.06 |

21. **Finished goods, including goods held for resale**

   **Parts**
   **$17,066.73 at Seko + $3,187.69 at Lamar** | MM / DD / YYYY | $ 20,254.42 | | $ 20,254.42 |

22. **Other inventory or supplies**

---

Debtor    **Zugo Bike LLC**                Case number *(if known)* _____
       Name

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.       $_____ **275,700.48**

24. **Is any of the property listed in Part 5 perishable?**

  ■ No

  ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

  ■ No

  ☐ Yes.

     Book value   $_____ **0.00**   Valuation method _____    Current Value   $_____ **0.00**

26 **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

  ■ No

  ☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ■ No. Go to Part 7.

  ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ 0.00 | _____ | $_____ 0.00 |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ 0.00 | _____ | $_____ 0.00 |
| 30. **Farm machinery and equipment (Other than titled motor vehicles)** | | | |
| _____ | $_____ 0.00 | _____ | $_____ 0.00 |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ 0.00 | _____ | $_____ 0.00 |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ 0.00 | _____ | $_____ 0.00 |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.       $_____ **0.00**

---

Copyright © Financial Software Solutions, LLC
                                                                BlueStylus

Debtor **Zugo Bike LLC**                                          Case number *(if known)* _____
          Name

34. **Is the debtor a member of an agricultural cooperative?**
    ☒ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☒ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☒ No
    ☐ Yes

        Book value     $_____0.00  Valuation method _____  Current Value  $_____0.00

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☒ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

---

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☐ No. Go to Part 8.
    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **Office Furniture** | $ 1,183.12 | | $ 1,183.12 |
| **40. Office fixtures** | | | |
| **Sign for store on S. Lamar** | $ 909.30 | cost | $ 909.30 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | $ 0.00 | | $ 0.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | $ 0.00 | | $ 0.00 |

43. **Total of Part 7.**

    Add lines 38 through 42. Copy the total to line 86.

    $_____2,092.42

---

Copyright © Financial Software Solutions, LLC

Debtor    **Zugo Bike LLC**        Case number *(if known)* _____
_____
Name

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
  ☒ No
  ☐ Yes

45 **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
  ☐ No
  ☒ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
  ☒ No. Go to Part 9.
  ☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| _____ | $ _____ 0.00 | _____ | $ _____ 0.00 |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| _____ | $ _____ 0.00 | _____ | $ _____ 0.00 |
| 49. **Aircraft and accessories** | | | |
| _____ | $ _____ 0.00 | _____ | $ _____ 0.00 |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Bike hoist** | $ _____ 2,368.36 | cost | $ _____ 2,368.36 |

51. **Total of Part 8.**

  Add lines 47 through 50. Copy the total to line 87.

  $ _____ 2,368.36

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
  ☒ No
  ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
  ☒ No
  ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**
  ☒ No. Go to Part 10.
  ☐ Yes. Fill in the information below.

Copyright © Financial Software Solutions, LLC          BlueStylus

Debtor __**Zugo Bike LLC**_____     Case number *(if known)* _____
                    Name

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____ **0.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
- ☑ No
- ☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

---

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**
- ☐ No. Go to Part 11.
- ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **Trademarks for Logo (97101267) and Name Images (88693681 & 88592432)** | $ ___ 0.00 | | $ ___ Unknown |
| **61. Internet domain names and websites** | | | |
| **zugobike.com** | $ ___ 69.56 | cost | $ ___ Unknown |
| **62. Licenses, franchises, and royalties** | | | |
| | $ ___ 0.00 | | $ ___ 0.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| | $ ___ 0.00 | | $ ___ 0.00 |
| **64. Other intangibles, or intellectual property** | | | |
| **Renderings & Drawings for products** | $ ___ 0.00 | | $ ___ Unknown |
| **65. Goodwill** | | | |
| | $ ___ 0.00 | | $ ___ 0.00 |

Debtor       **Zugo Bike LLC**                                    Case number *(if known)* _____
             Name

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.                              $_____0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    ☐ No
    ■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 11:** **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

    | | Current value of debtor's interest |
    |---|---|

71. **Notes receivable**

    Description (include name of obligor)

    _____  _____0.00 – _____0.00 =   $_____0.00
                       Total face amount        doubtful or uncollectible accounts

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____  Tax Year _____   $_____0.00

73. **Interests in insurance policies or annuities**

    _____   $_____0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _____   $_____0.00

    **Nature of claim**     _____

    **Amount requested**   $_____0.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____   $_____0.00

    **Nature of claim**     _____

    **Amount requested**   $_____0.00

Copyright © Financial Software Solutions, LLC                                                   BlueStylus

Debtor    __Zugo Bike LLC__                       Case number *(if known)* _____

          Name

76. **Trusts, equitable or future interests in property**

_____    $ _____ **0.00**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $ _____ **0.00**

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ _____ **0.00**

79 **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

**Part 12:**    Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 44,486.15 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 297,982.91 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84 | **Inventory.** *Copy line 23, Part 5.* | $ 275,700.48 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 2,092.42 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 2,368.36 | |
| 88. | **Real property.** *Copy line 56, Part 9.* .........................➔ | | $ 0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* ✚ | $ 0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column...... 91a. | $ 622,630.32 | ✚91b. $ 0.00 |

---

Copyright © Financial Software Solutions, LLC                                                   BlueStylus

Debtor    **Zugo Bike LLC**
Name

Case number *(if known)*

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................................................    $ **622,630.32**

Copyright © Financial Software Solutions, LLC

BlueStylus

**Fill in this information to identify your case:**

Debtor Name ___Zugo Bike LLC___

United States Bankruptcy Court for the: ___Western District of Texas___

Case number (*If known*): _____

☑ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible

1. **Do any creditors have claims secured by your property?**
   ☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1**

**Creditor's Name**

**Settle Inc.**

| | | |
| --- | --- | --- |
| **Describe debtor's property that is subject to a lien** | $ ___778,979.78___ | $ ___0.00___ |

**Creditor's mailing address**
**200 Pine Street STE 200**
**San Francisco, CA 94104**

**Creditor's email address, if known**
_____

**Describe the lien**
**UCC Financing Statement**

**Description**
Inventory Financing Agreement

**Date debt was incurred** ___9/9/2022___

**Is the creditor an insider or related party?**
■ No
☑ Yes

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
■ No
☑ Yes. Have you already specified the relative priority?

**Is anyone else liable on this claim?**
■ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

   ☑ No. Specify each creditor, including this creditor, and its relative priority.
   _____

   ☑ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Copyright © Financial Software Solutions, LLC     BlueStylus

Debtor    __Zugo Bike LLC__          Case number *(if known)* _____
       Name

| **2.2** | **Creditor's Name** | **Describe debtor's property that is subject to a lien** | |
|---|---|---|---|

**Sellers Funding**

$ _____469,664.77_    $ _____0.00_

**Creditor's mailing address**
**45 N Broad St Suite 100**
**Ridgewood, NJ 07450**

**Creditor's email address, if known**
_____

**Describe the lien**
**UCC Filing Statement**

**Description**
**Inventory Financing Agreement**

**Date debt was incurred**   __3/1/2022__

**Last 4 digits of account number** _____

**Is the creditor an insider or related party?**
■ No
■ Yes

**Do multiple creditors have an interest in the same property?**
■ No
■ Yes. Have you already specified the relative priority?

   ■ No. Specify each creditor, including this creditor, and its relative priority. _____

   ■ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
■ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

---

| **2.3** | **Creditor's Name** | **Describe debtor's property that is subject to a lien** | |
|---|---|---|---|

**Kickfurther**

$ _____470,149.56_    $ _____0.00_

**Creditor's mailing address**
**c/o Jackson Killion**
**1200 Pearl St.**
**Suite 404**
**Boulder, CO 80302**

**Creditor's email address, if known**
**jackson@kickfurther.com**

**Describe the lien**
**UCC Financing Statement**

**Description**
**Inventory Financing Agreement**

**Date debt was incurred**   __4/8/2022__

**Last 4 digits of account number**   __7627__

**Is the creditor an insider or related party?**
■ No
■ Yes

**Do multiple creditors have an interest in the same property?**
■ No
■ Yes. Have you already specified the relative priority?

   ■ No. Specify each creditor, including this creditor, and its relative priority. _____

   ■ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
■ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any**       $ __1,718,794.11__

| Debtor | **Zugo Bike LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bryan Cave Leighton Paisner LLP**<br>**Three Embarcadero Center**<br>**7th Floor**<br>**San Francisco, CA 94111** | Line 2. **1** | |
| **Corporation Service Company**<br>**251 Little Falls Drive**<br>**Wilmington, DE 19808** | Line 2. **1** | |
| **Corporation Service Company**<br>**P.O. Box 2576**<br>**Springfield, IL 62708** | Line 2. **1** | |
| **Ouiby Inc.**<br>**PO Box 21584**<br>**Boulder, CO 80308** | Line 2. **3** | **7627** |
| **Sellers Funding Corp**<br>**1290 Weston Road,**<br>**Suite 306**<br>**Weston, FL 33326** | Line 2. **2** | |

---

Copyright © Financial Software Solutions, LLC      BlueStylus

**Fill in this information to identify your case:**

Debtor    **Zugo Bike LLC**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (*If known*):

☑ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

| | | | Total Claim | Priority Amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 13,650.00 | $ 13,650.00 |
| | **Hunter Bailey** | ☑ Contingent | | |
| | **3112 Windsor Rd. 311** | ☑ Unliquidated | | |
| | **Austin, TX 78703** | ☑ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ☑ No ☑ Yes | Description | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( **4** ) | | | |

Copyright © Financial Software Solutions, LLC     BlueStylus

Debtor  __Zugo Bike LLC_____  Case number *(if known)* _____
Name

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|

Check all that apply.

__Julia Bindi_____

__8009 Landsman Dr._____

__Austin, TX 78736_____

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____13,650.00  $ _____13,650.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

__Wages_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

■ No
☒ Yes

**Description**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|

Check all that apply.

__AFCO Credit Corp._____

__4501 College Boulevard_____

__Leawood, KS 66211_____

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____9,316.68

**Date or dates debt was incurred**

_____

**Basis for the claim:**

__Insurance_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

■ No
☒ Yes

**Description**

Copyright © Financial Software Solutions, LLC

Debtor   __Zugo Bike LLC__                                    Case number *(if known)* _____
          Name

---

**3.2**  **Nonpriority creditor's name and mailing address**

__American Express (Plum Card)__

__World Financial Center__
__200 Vesey Street__

__New York, NY 10285__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                    **10,385.80**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

**Business Credit Card**

**Description**

**Last 4 digits of account number    3002**

**Is the claim subject to offset?**

■ No
☐ Yes

---

**3.3**  **Nonpriority creditor's name and mailing address**

__Attentive Mobile Inc__

__221 River Street 9th Floor__

__Hoboken, NJ 07030__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                    **3,198.01**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

**Marketing**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

■ No
☐ Yes

---

**3.4**  **Nonpriority creditor's name and mailing address**

__C.H. Robinson Inc.__

__842 W Sam Houston Pkwy N,__
__Suite 325__

__Houston, TX 77024__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                    **38,343.50**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

**Freight Shipping**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

■ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC
                                                                                              BlueStylus

| Debtor | **Zugo Bike LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.5** | **Nonpriority creditor's name and mailing address**

**Clearco (FKA Clearbanc)**

**c/o Registered Agent, The Corporation Trust Company**
**Corporation Trust Center**
**1209 Orange Street**

**Wilmington, DE 19801**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **136,974.41**

**Date or dates debt was incurred**

**Basis for the claim:**
**Business Loan**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**

**Clique Affiliate Marketing**

**760 Aspen Drive**

**Park City, UT 84098**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **2,819.92**

**Date or dates debt was incurred**

**Basis for the claim:**
**Marketing**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address**

**Divvy**

**13707 S 200 W STE 100**

**Draper, UT 84020**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,953.41**

**Date or dates debt was incurred**

**Basis for the claim:**
**Credit Card**

**Description**
virtual credit card

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC
**Schedule E/F: Creditors Who Have Unsecured Claims**
BlueStylus

Debtor    __Zugo Bike LLC__                                     Case number *(if known)* _____
          Name

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ 13,860.00

__Dotsolved__

☒ Contingent
☒ Unliquidated
☒ Disputed

__4900 Hopyard Road, Suite 285__

__Pleasanton, CA 94588__

**Date or dates debt was incurred**          **Basis for the claim:**          **Description**

_____                    __Business Services Provider__

**Last 4 digits of account number** _____    **Is the claim subject to offset?**

☒ No
☒ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ 155,000.00

__George Lee Dick__

☒ Contingent
☒ Unliquidated
☒ Disputed

__58813 Jerez__

__La Quinta, CA 92253__

**Date or dates debt was incurred**          **Basis for the claim:**          **Description**

__1/1/2022__                                __Loan to Business__

**Last 4 digits of account number** _____    **Is the claim subject to offset?**

■ No
☒ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ 44,300.32

__Hangzhou Shijin Vehicle Co., Ltd__

☒ Contingent
☒ Unliquidated
☒ Disputed

__No.132 West of Shigaiqiao, Dashigai Village, Daicun
Town, Xiaoshan, Hangzhou, Zhejiang 311200 China__

**Date or dates debt was incurred**          **Basis for the claim:**          **Description**

_____                    __Supplier__

**Last 4 digits of account number** _____    **Is the claim subject to offset?**

☒ No
■ Yes

---

Copyright © Financial Software Solutions, LLC                                                                        BlueStylus

Debtor     __Zugo Bike LLC__                                          Case number *(if known)* _____
                Name

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ |
|---|---|---|---|

**3.11**  Nonpriority creditor's name and mailing address

__Hunter Bailey__

__3112 Windsor Rd. 311__

__Austin, TX 78703__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ __106,441.71__

Date or dates debt was incurred
__11/12/2021__

Last 4 digits of account number _____

Basis for the claim:
__Loan to Business__

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Description

---

**3.12**  Nonpriority creditor's name and mailing address

__Julia Bindi__

__8009 Landsman Dr.__

__Austin, TX 78736__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ __468,549.25__

Date or dates debt was incurred
__12/31/2021__

Last 4 digits of account number _____

Basis for the claim:
__Loan to Business__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Description

---

**3.13**  Nonpriority creditor's name and mailing address

__Ledger Labs, Inc.__

__355 South Ground Avenue Suite 250__

__Los Angeles, CA 90071__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ __2,592.00__

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Basis for the claim:
__Accountant Services__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Description
Re: Guarev Jane

---

Debtor    __Zugo Bike LLC__                                                    Case number *(if known)* _____
       Name

---

**3.14** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*                                        $ _____ **1,855.00**

__Levatino  Pace PLLC__

☐ Contingent
☐ Unliquidated
☐ Disputed

__1101 Capital of Texas Highway__
__Bldg K, Suite 125__

__Austin, TX 78746__

**Date or dates debt was incurred**          **Basis for the claim:**              Description
_____                       __Legal Services__

**Last 4 digits of account number** _____   **Is the claim subject to offset?**
                                         ■ No
                                         ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*                                        $ _____ **21,354.57**

__Lincoln Apartment Management, LP AAF South__
__Lamar Austin Glass PO LP__

☐ Contingent
☐ Unliquidated
☐ Disputed

__10210 North Central Expressway__

__Dallas, TX 75231__

**Date or dates debt was incurred**          **Basis for the claim:**              Description
_____                       __S. Lamar Lease__

**Last 4 digits of account number** _____   **Is the claim subject to offset?**
     ■ No
     ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*                                        $ _____ **41,580.00**

__Ningbo Veken New Energy Technology Co., Ltd__

☐ Contingent
☐ Unliquidated
☐ Disputed

__No. 27 Weiwu Road, Veken Industrial Park,__
__Xiaogang, Beilun District, Ningbo, Zhejiang 315800__
__China__

**Date or dates debt was incurred**          **Basis for the claim:**              Description
_____                       __Supplier__

**Last 4 digits of account number** _____   **Is the claim subject to offset?**
     ☐ No
     ■ Yes

---

Debtor    **Zugo Bike LLC**                                                     Case number (if known) _____
              Name

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 148,547.00 |

**PPP Loan - Capital Plus Financial**

**2247 Central Dr**

**Bedford, TX 76021**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

**3/4/2021**

Basis for the claim:

**Loan to Company**

Description

Last 4 digits of account number    **8609**

Is the claim subject to offset?

- ☐ No
- ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 30,000.00 |

**SEKO Logistics**

**1100 South Arlington Street
SUITE 600**

**Itasca, IL 60143**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

**Trade Creditor**

Description

Last 4 digits of account number

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 39,675.28 |

**Social Cadre LLC - The Snow Agency**

**125 River Road
Suite 105**

**Edgewater , NJ 07020**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

**Marketing**

Description

Last 4 digits of account number

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

Debtor    __Zugo Bike LLC__                                            Case number (if known) _____
          Name

---

**3.20**  **Nonpriority creditor's name and mailing address**

__T-UNION LOGISTICS (SHANGHAI) CO. LTD.__

__7F, DONGTAI BUILDING, NO 309 TANGGU ROAD,,__
__HONGKOU DISTRICT, SHANGHAI 200080 China__

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **3,550.00**

**Basis for the claim:** __Freight Shipping__

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Description**

---

**3.21**  **Nonpriority creditor's name and mailing address**

__TURNLIFE NEWENERGY CO. LTD__

__No.29 Suchu Morden Industrial Park, Chuzhou City,__
__Anhui 239000 China__

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **199,332.80**

**Basis for the claim:** __Battery Supplier__

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Description**

---

**3.22**  **Nonpriority creditor's name and mailing address**

__Wells Fargo Credit Card__

__PO Box 29482__

__Phoenix, AZ 85038-8650__

**Date or dates debt was incurred**

**Last 4 digits of account number** __1839__

**As of the petition filing date, the claim is:**
Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **72,500.28**

**Basis for the claim:** __Business Credit Card__

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Description**

---

Debtor    __Zugo Bike LLC__                                        Case number *(if known)* _____
          Name

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ **1,599.00** |

__Yottaa__

__100 FIFTH AVE., 4TH FLOOR__

__Waltham, MA 02451__

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
__Martketing__

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
■ No
☒ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ **65,350.00** |

__Hunter Bailey__

__3112 Windsor Rd. 311__

__Austin, TX 78703__

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
__Unpaid Wages__

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
■ No
☒ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ **44,357.00** |

__Julia Bindi__

__8009 Landsman Dr.__

__Austin, TX 78736__

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
__Unpaid Wages__

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
■ No
☒ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | Zugo Bike LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.26** **Nonpriority creditor's name and mailing address**

**Danilo Rosales**

**Blk 17 Lot 40 Camella Azienda, Tinga Labac, Batangas City, 4200, Batangas City, Philippines**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,023.92**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Contract Labor**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number |
|---|---|---|
| **4.1** **Social Cadre LLC** **3050 Biscayne Blvd** **Suite 902** **Miami, FL 33137** | Line **3.19** ☐ Not listed. Explain | |
| **4.2** **South Lamar-Austin Glass PO LP** **5625 Village Glen Dr.** **Suite 200** **Dallas, TX 75206** | Line **3.15** ☐ Not listed. Explain | |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

| | | | |
|---|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | $  **27,300.00** |
| 5b. | Total claims from Part 2 | 5b. + | $  **1,664,459.86** |
| 5c. | Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $  **1,691,759.86** |

---

Copyright © Financial Software Solutions, LLC

BlueStylus

**Fill in this information to identify your case:**

Debtor Name  __Zugo Bike LLC__

United States Bankruptcy Court for the: __Western District of Texas__

Case number (*If known*): _____  Chapter __7__

☑ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).*

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Customer Support/Software Service Contract | Zendesk<br>989 Market Street<br>San Francisco, CA 94103 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | E-Commerce Fraud Protection | Signifyd<br>99 Almaden Blvd<br>Floor 4<br>San Jose, CA 95113 |
|---|---|---|---|
| | State the term remaining | 9 | |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Cloud based business management software | Oracle/Netsuite<br>2300 Oracle Way<br>Austin, TX 78741 |
|---|---|---|---|
| | State the term remaining | 11 | |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Security Services | ADT LLC<br>1817 W. Braker Lane<br>Suite 400<br>Austin, TX 78758 |
|---|---|---|---|
| | State the term remaining | 27 | |
| | List the contract number of any government contract | | |

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

| Debtor | **Zugo Bike LLC** | Case number *(if known)* | |
| | Name | | |

**2.5** | State what the contract or lease is for and the nature of the debtor's interest | 300 S. Lamar<br>Austin, Texas 78704 | Lincoln Apartment Management, LP AAF South Lamar<br>Austin Glass PO LP<br>10210 North Central Expressway<br>Dallas, TX 75231 |

State the term remaining    76

List the contract number of any government contract

**Fill in this information to identify your case:**

Debtor Name   **Zugo Bike LLC**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (*If known*): _____

☑ Check if this is an amended filing

## Official Form 206H

# Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | *Check all schedules that apply:* | |
|---|---|---|---|---|
| **Name and description** | **Mailing address** | **Name** | | |
| 2.1 **Hunter Bailey** <br> Name | **3112 Windsor Rd. 311** <br> Number   Street | **Kickfurther** <br> Name | ☑ D <br> ☐ E/F <br> ☐ G | **2.3** <br> ____ <br> ____ |
| **Personal Guarantee.** <br> Description | **Austin**       **TX**   **78703** <br> City       State   Zip Code | | | |
| 2.2 **Hunter Bailey** <br> Name | **3112 Windsor Rd. 311** <br> Number   Street | **Sellers Funding** <br> Name | ☑ D <br> ☐ E/F <br> ☐ G | **2.2** <br> ____ <br> ____ |
| **Personal Guarantee** <br> Description | **Austin**       **TX**   **78703** <br> City       State   Zip Code | | | |

Copyright © Financial Software Solutions, LLC                                    BlueStylus