**Fill in this information to identify your case:**

Debtor name   **Zugo Bike LLC**

United States Bankruptcy Court for the:   **Western District of Texas**

Case number *(if known)*:  _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **1/1/2023** to Filing date<br>MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $ **194,177.19** |
| For prior year: | From **1/1/2022** to **12/31/2022**<br>MM/DD/YYYY   MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $ **7,166,571.00** |
| For the year before that: | From **1/1/2021** to **12/31/2021**<br>MM/DD/YYYY   MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $ **7,343,333.00** |

2.  **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From _____ to Filing date<br>MM/DD/YYYY | _____ | $ _____ |
| For prior year: | From _____ to _____<br>MM/DD/YYYY   MM/DD/YYYY | _____ | $ _____ |
| For the year before that: | From _____ to _____<br>MM/DD/YYYY   MM/DD/YYYY | _____ | $ _____ |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**

    List payments or transfers–including expense reimbursements–to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☑ None

| Debtor | **Zugo Bike LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **3.1** **AFCO Credit Corp.**<br>Creditor's Name<br><br>**4501 College Boulevard**<br>Number       Street<br><br>**Leawood          KS    66211**<br>City                State  ZIP Code | | $            **13,975.02** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other  **Insurance** |
| **3.2** **Attentive Mobile Inc**<br>Creditor's Name<br><br>**221 River Street 9th Floor**<br>Number       Street<br><br>**Hoboken          NJ    07030**<br>City                State  ZIP Code | | $            **11,329.38** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| **3.3** **Bea Sedenio**<br>Creditor's Name<br><br>**1552 Villanueva 2 St. Almanza Uno,**<br>**Las Pinas City, 1750 Philippines**<br>Number       Street<br><br>City                State  ZIP Code | | $              **9,451.88** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **3.4** **Brian Robbins**<br>Creditor's Name<br><br>**79 York Creek Road**<br>Number       Street<br><br>**Driftwood          TX    78619**<br>City                State  ZIP Code | | $            **11,042.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |

Copyright © Financial Software Solutions, LLC                                                                        BlueStylus

| Debtor | **Zugo Bike LLC** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- |
| 3.5 **Clearco (FKA Clearbanc)** <br> Creditor's Name <br><br> **33 Yonge St, Toronto,** <br> **ON M5E 0A9, Canada** <br> Number    Street <br><br> City    State  ZIP Code | | $     75,366.60 | ☐ Secured debt <br> ■ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.6 **Errol Joseph Zandueta** <br> Creditor's Name <br><br> **304 2nd Street** <br> **Marisol Village** <br> Number    Street <br><br> **Angeles City,** <br> **Philippines** <br> City    State  ZIP Code | | $     10,796.75 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ☐ Other _____ |
| 3.7 **Federal Express** <br> Creditor's Name <br><br> **3965 Airways Boulevard** <br> Number    Street <br><br> **Memphis**    **TN**   **38116** <br> City    State  ZIP Code | | $     34,071.79 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ☐ Other _____ |
| 3.8 **Hangzhou Shijin Vehicle Co., Ltd** <br> Creditor's Name <br><br> **No.132 West of Shigaiqiao, Dashigai** <br> **Village, Daicun Town, Xiaoshan,** <br> **Hangzhou, Zhejiang 311200 China** <br> Number    Street <br><br> City    State  ZIP Code | | $     132,905.72 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

Copyright © Financial Software Solutions, LLC      BlueStylus

Debtor        **Zugo Bike LLC**                                          Case number *(if known)* _____
              Name

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.9 | **Harney Partners**<br>Creditor's Name<br><br>**Westech 360**<br>**8911 Capital of Texas Hwy**<br>**Suite 2120**<br>Number       Street<br><br>**Austin**            **TX    78759**<br>City              State   ZIP Code | | $              28,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other _____ |
| 3.10 | **Hayward PLLC**<br>Creditor's Name<br><br>**7600 Burnet Rd.**<br>**Suite 530**<br>Number       Street<br><br>**Austin**            **TX    78757**<br>City              State   ZIP Code | | $              21,482.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other _____ |
| 3.11 | **Iron Clad Consulting Services LLC**<br>Creditor's Name<br><br>**Attn: Felipe Vega**<br>**12916 Meridian Park Blvd**<br>Number       Street<br><br>**Austin**            **TX    78739**<br>City              State   ZIP Code | | $              57,325.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other _____ |
| 3.12 | **Jay Godinez**<br>Creditor's Name<br><br>**335 White River Dr.**<br>Number       Street<br><br>**Georgetown**      **TX    78626**<br>City              State   ZIP Code | | $              12,432.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other _____ |

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

| Debtor | __Zugo Bike LLC__ | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **3.13** **Kickfurther**<br>Creditor's Name<br><br>**c/o Jackson Killion**<br>**1200 Pearl St.**<br>**Suite 404**<br>Number      Street<br><br>**Boulder           CO    80302**<br>City                State  ZIP Code | _____ | $ _____19,307.84_ | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **3.14** **Leah Bhel Dela Torre Zandueta**<br>Creditor's Name<br><br>**809 Magnolia Blvd. Primehomes**<br>**Capitol Hills, Zuzuarregui St.**<br>Number      Street<br><br>**Quezon City,**<br>**Philippines**<br>City                State  ZIP Code | _____ | $ _____11,119.10_ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other _____ |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **Lincoln Apartment Management, LP**<br>**AAF South Lamar Austin Glass PO**<br>**3.15** **LP**<br>Creditor's Name<br><br>**10210 North Central Expressway**<br>Number      Street<br><br>**Dallas             TX    75231**<br>City                State  ZIP Code | _____ | $ _____43,241.93_ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other **S. Lamar Lease Payments** |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **3.16** **Liu Binghua**<br>Creditor's Name<br><br>**No. 2022, Jianshe Road**<br>Number      Street<br><br>**Shenzhen, China**<br>City                State  ZIP Code | _____ | $ _____12,941.31_ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Copyright © Financial Software Solutions, LLC                                                                                                    BlueStylus

Debtor     **Zugo Bike LLC**                                              Case number *(if known)* _____
           Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

**3.17  Liu Xinhua (Peter)**
       Creditor's Name

       **Room 101 of the Peace Business Center**
       **No. 880-882 of Guangzhou Ave. South**
       Number     Street

       **Guangzhou,**
       **China**              **00051-0220**
       City          State   ZIP Code

$ 13,273.67

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

**3.18  LLoyd & Mousilli, PLLC**
       Creditor's Name

       **11807 Westheimer Road Suite 550**
       Number     Street

       **Houston         TX    77077**
       City          State   ZIP Code

$ 7,717.50

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

**3.19  Lorene Moore**
       Creditor's Name

       **1205 Green Forest Dr.**
       Number     Street

       **Austin          TX    78745**
       City          State   ZIP Code

$ 19,120.08

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

**3.20  Ningbo Veken New Energy Technology Co., Ltd**
       Creditor's Name

       **No. 27 Weiwu Road, Veken Industrial Park, Xiaogang, Beilun District, Ningbo, Zhejiang 315800 China**
       Number     Street

       _____
       City          State   ZIP Code

$ 17,820.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **Zugo Bike LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **3.21** **Patrick Ferrante**<br>Creditor's Name<br><br>**10901 Shawn Lee Cove**<br>Number      Street<br><br>**Austin**           **TX**   **78753**<br>City                State   ZIP Code | | $  **11,666.69** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **3.22** **Sellers Funding**<br>Creditor's Name<br><br>**45 N Broad St Suite 100**<br>Number      Street<br><br>**Ridgewood**       **NJ**   **07450**<br>City                State   ZIP Code | | $  **81,985.01** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **3.23** **Settle Inc.**<br>Creditor's Name<br><br>**200 Pine Street STE 200**<br>Number      Street<br><br>**San Francisco**    **CA**   **94104**<br>City                State   ZIP Code | | $  **57,521.08** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **3.24** **ShenZhen Longmao International Logistics Co., Ltd.**<br>Creditor's Name<br><br>**101, Building 5C, Hourui Aimin Road**<br>**Hangcheng Street, Bao'an District**<br>**Shenzen, China**<br>Number      Street<br><br>City                State   ZIP Code | | $  **11,824.61** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Copyright © Financial Software Solutions, LLC
BlueStylus

Debtor  **Zugo Bike LLC**                                          Case number *(if known)* _____

Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **3.25  TURNLIFE NEWENERGY CO. LTD**<br>Creditor's Name<br><br>**No.29 Suchu Morden Industrial Park, Chuzhou City, Anhui 239000 China**<br>Number    Street<br><br>City              State   ZIP Code | | $         88,312.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| **4.1  Hunter Bailey**<br>Insider's Name<br><br>**3112 Windsor Rd. 311**<br>Number    Street<br><br>**Austin            TX   78703**<br>City           State  ZIP Code<br><br>Relationship to debtor<br><br>**Founder/Officer/Managing Member** | | $         81,934.91 | **Wages and Loan Payments $44,000 (wages + $37,934.91 (loan repayments)** |

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| **4.2  Julia Bindi**<br>Insider's Name<br><br>**8009 Landsman Dr.**<br>Number    Street<br><br>**Austin            TX   78736**<br>City           State  ZIP Code<br><br>Relationship to debtor<br><br>**Spouse of Managing Member** | | $        145,059.14 | **Wages and Loan Payments** |

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

---

Copyright © Financial Software Solutions, LLC                                                                                                    BlueStylus

Debtor  __Zugo Bike LLC__  Case number *(if known)* _____
　　　　　Name

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| **5.1** | | | | |
| | Creditor's Name | | | $ _____ |
| | Number　　Street | | | |
| | City　　　　State　ZIP Code | | | |

6.  **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| **6.1** | | | | |
| | Creditor's Name | | | $ _____ |
| | Number　　Street | | | |
| | City　　　　State　ZIP Code | Last 4 digits of account number: XXXX– _____ | | |

| Part 3: | **Legal Actions or Assignments** |
|---|---|

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| **7.1** | | | Creditor's Name | ◼ Pending |
| | Case Number | | | ◼ On appeal |
| | | | Number　　Street | ◼ Concluded |
| | | | City　　　　State　ZIP Code | |

8.  **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

Copyright © Financial Software Solutions, LLC　　　BlueStylus

Debtor    __Zugo Bike LLC__                          Case number *(if known)* _____
          Name

| Custodian's name and address | Description of the property | Value |
|---|---|---|

**8.1** _____          _____          $ _____
Custodian's name

                                        **Case title**                  **Court name and address**
_____                  _____          _____
Number    Street                                                        Court's Name

                                        **Case number**
_____                  _____          _____
City          State  ZIP Code                                           Number    Street

                                        **Date of order or assignment**
                                        _____          _____
                                                                        City          State  ZIP Code

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value
    of the gifts to that recipient is less than $1,000

    ☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1** __EDEN Reforestation Project__<br>Recipient's Name | Donation. | **December 2021** | $          **4,376.60** |
| _____<br>Number    Street | | | |
| __Glendora__     **CA**   **91741-3386**<br>City          State  ZIP Code | | | |
| **Recipient's relationship to debtor**<br>_____ | | | |

Debtor  **Zugo Bike LLC**                                           Case number *(if known)* _____
          Name

---

| Part 5: | Certain Losses |
|---------|----------------|

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| **10.1** **Burglaries:**<br>**2 bikes stolen from shop on 4/18/2022**<br>**1 bike stolen from shop on 4/30/2022**<br>**1 bike stolen from 5th Street location on 8/15/2022** | **N/A** | | $ **11,545.00** |
| **10.2** **Fraud:**<br>**Gift Card Scams or allegation that consumer's accounts were hacked or used fraudulently. Multiple Transaction throughout the past year.** | **N/A** | | $ **30,966.98** |

---

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

11.  **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

---

| Debtor | **Zugo Bike LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Who was paid or received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**11.1** **Harney Partners**
Recipient's Name

**Westech 360**
**8911 Capital of Texas Hwy**
**Suite 2120**
Number     Street

$ **28,000.00**

**Austin**     **TX**    **78759**
City      State   ZIP Code

Email or website address

Who made the payment, if not debtor?

| Who was paid or received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**11.2** **Hayward PLLC**
Recipient's Name

**7600 Burnet Road**
**Suite 530**
Number     Street

$ **21,482.00**

**Austin**     **TX**    **78757**
City      State   ZIP Code

Email or website address

Who made the payment, if not debtor?

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**12.1**

$

**Trustee**

| Debtor | **Zugo Bike LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

13. **Transfers not already listed on this statement**

List any transfers of money or other property–by sale, trade, or any other means–made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| **13.1** | **Connect1vity, LLC**<br>Recipient's Name | **Sale of 30 used bikes, tools, and misc. equipment.** | **2/13/2023** | $ **19,500.00** |
| | **1309 Coffeen Ave.**<br>**Suite 1200**<br>Number        Street | | | |
| | **Sheridan**              **WY**    **82801**<br>City                        State   ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **Founder's Sister-in-law's company** | | | |

---

**Part 7:**      **Previous Locations**

---

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| **14.1** | **601 Upson St., Unit C**<br>Number        Street | From **1/1/2020** | To **12/31/2020** |
| | **Austin**                 **TX**    **78703**<br>City                        State   ZIP Code | | |

| | Address | Dates of occupancy | |
|---|---|---|---|
| **14.2** | **12345 Pauls Valley Rd.**<br>**Unit K**<br>Number        Street | From **1/1/2020** | To **6/1/2020** |
| | **Austin**                 **TX**    **78737**<br>City                        State   ZIP Code | | |

| | Address | Dates of occupancy | |
|---|---|---|---|
| **14.3** | **1114 W. 5th Street**<br>**Suite 101**<br>Number        Street | From **3/1/2021** | To **2/20/2023** |
| | **Austin**                 **TX**    **78703**<br>City                        State   ZIP Code | | |

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

Debtor    **Zugo Bike LLC**                Case number *(if known)* _____
Name

| Address | | Dates of occupancy | | | |
|---|---|---|---|---|---|
| **14.4** **300 South Lamar** | | From | **6/1/2022** | To | **2/20/2023** |
| Number    Street | | | | | |
| **Austin**        **TX** **78704** | | | | | |
| City       State   ZIP Code | | | | | |

---

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**

     Is the debtor primarily engaged in offering services and facilities for:
     — diagnosing or treating injury, deformity, or disease, or
     — providing any surgical, psychiatric, drug treatment, or obstetric care?

     ☑ No. Go to Part 9.
     ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1** _____ Facility Name | | |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ Number    Street | | *Check all that apply:* ☐ Electronically ☐ Paper |
| _____ City     State   ZIP Code | | |

---

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

     ☐ No.

     ☑ Yes. State the nature of the information collected and retained.    **Name, Address, Email Address, Phone Number, Acct. # (last four).**

         Does the debtor have a privacy policy about that information?
         ☐ No
         ☑ Yes

| Debtor | **Zugo Bike LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes.  Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | |

Has the plan been terminated?

☐ No
☐ Yes

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| **18.1** | Name<br><br>Number    Street<br><br>City        State    ZIP Code | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | $ _____ |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| **19.1** | Name<br><br>Number    Street<br><br>City        State    ZIP Code | <br>**Address**<br> | | ■ No<br>☐ Yes |

---

Copyright © Financial Software Solutions, LLC     BlueStylus

| Debtor | **Zugo Bike LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **20.1** _____ | | | ☒ No |
| Name | | | ■ Yes |
| _____ | **Address** | | |
| Number      Street | | | |
| _____ | | | |
| City           State  ZIP Code | | | |

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **21.1** _____ | | | $ _____ |
| Owner's Name | | | |
| _____ | | | |
| Number      Street | | | |
| _____ | | | |
| City           State  ZIP Code | | | |

Copyright © Financial Software Solutions, LLC                                                                                                    BlueStylus

| Debtor | __Zugo Bike LLC__ | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| | Case title | Court or agency name and address | Nature of case | Status of case |
|---|---|---|---|---|
| **22.1** | _____ <br><br> Case Number <br> _____ | Name <br>_____<br><br> Number    Street <br>_____<br><br> City         State   ZIP Code | _____ | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| **23.1** | Name <br>_____<br> Number    Street <br>_____<br> City        State   ZIP Code | Name <br>_____<br> Number    Street <br>_____<br> City        State   ZIP Code | | _____ |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Provide details below.

---

Copyright © Financial Software Solutions, LLC     BlueStylus

Debtor  **Zugo Bike LLC**  Case number *(if known)* _____
Name

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **24.1** | | | |
| Name | Name | | _____ |
| | | | |
| Number     Street | Number     Street | | |
| | | | |
| City          State   ZIP Code | City          State   ZIP Code | | |

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

---

25.   **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **25.1** | | EIN: _____ |
| Name | | |
| | | **Dates business existed** |
| Number     Street | | From _____  To  **Present** |
| City          State   ZIP Code | | |

26.   **Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| **26a.1**  **Candice Gerlach** | From  9/15/2020  To  4/1/2021 |
| Name | |
| **2888 Loker Ave. East**<br>**Suite 219** | |
| Number     Street | |
| **Carlsbad**                **CA**    **92010** | |
| City                        State   ZIP Code | |

Copyright © Financial Software Solutions, LLC          BlueStylus

| Debtor | **Zugo Bike LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name and address | | | Dates of service |
|---|---|---|---|
| **26a.2** | **Dotsolved** | | From **12/5/2021** To **Present** |
| | Name | | |
| | **Attn: Ravi Ramaswamy** | | |
| | **4900 Hopyard Road** | | |
| | **Suite 285** | | |
| | Number        Street | | |
| | **Pleasanton** | **CA** **94588** | |
| | City | State  ZIP Code | |

| Name and address | | | Dates of service |
|---|---|---|---|
| **26a.3** | **Ironclad Consulting Services LLC** | | From **12/1/2022** To **Present** |
| | Name | | |
| | **Attn: Felipe Vega** | | |
| | **12916 Meridian Park Blvd** | | |
| | Number        Street | | |
| | **Austin** | **TX** **78739** | |
| | City | State  ZIP Code | |

| Name and address | | | Dates of service |
|---|---|---|---|
| **26a.4** | **Ledger Labs, Inc.** | | From **9/28/2020** To **8/30/2022** |
| | Name | | |
| | **Attn: Gaurev Jane** | | |
| | **355 South Grand Ave.** | | |
| | **Suite 250** | | |
| | Number        Street | | |
| | **Los Angeles** | **CA** **90071** | |
| | City | State  ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | | | Dates of service |
|---|---|---|---|
| **26b.1** | **Candice Gerlach** | | From **9/15/2020** To **4/1/2021** |
| | Name | | |
| | **2888 Loker Ave. East** | | |
| | **Suite 219** | | |
| | Number        Street | | |
| | **Carlsbad** | **CA** **92010** | |
| | City | State  ZIP Code | |

Copyright © Financial Software Solutions, LLC                                                                                                    BlueStylus

| Debtor | **Zugo Bike LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name and address | | Dates of service |
|---|---|---|

**26b.2**  **Dotsolved**
Name

**Attn: Ravi Ramaswamy**
**4900 Hopyard Road**
**Suite 285**
Number        Street

**Pleasanton**                              **CA**     **94588**
City                                    State    ZIP Code

From  **12/5/2021**   To  **Present**

| Name and address | | Dates of service |
|---|---|---|

**26b.3**  **Ironclad Consulting Services LLC**
Name

**Attn: Felipe Vega**
**12916 Meridian Park Blvd**
Number        Street

**Austin**                                   **TX**     **78739**
City                                    State    ZIP Code

From  **12/1/2022**   To  **Present**

| Name and address | | Dates of service |
|---|---|---|

**26b.4**  **Ledger Labs, Inc.**
Name

**Attn: Gaurev Jane**
**355 South Grand Ave.**
**Suite 250**
Number        Street

**Los Angeles**                            **CA**     **90071**
City                                    State    ZIP Code

From  **9/28/2020**   To  **8/30/2022**

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■  None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

**26c.1**  **Ironclad Consulting Services, LLC**
Name

**12916 Meridian Park Blvd**
Number        Street

                                              **78739**
City                                    State    ZIP Code

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■  None

Copyright © Financial Software Solutions, LLC                                    BlueStylus

Debtor      **Zugo Bike LLC**
            Name                                                    Case number *(if known)*

| Name and address |
|---|

**26d.1**  **8fig.co**
            Name

**Attn: Jen Dobbins**
Number      Street


City                                                State      ZIP Code

| Name and address |
|---|

**26d.2**  **Amanda Ravipati**
            Name

**Email: Anand.ravipati@gmail.com**
Number      Street


City                                                State      ZIP Code

| Name and address |
|---|

**26d.3**  **Assembled Brands**
            Name

**Attn: Jeffery T. Mangiafico**
**9 East 19th Street**
Number      Street

**New York**                                        **NY**      **10003**
City                                                State      ZIP Code

| Name and address |
|---|

**26d.4**  **Assembled Brands**
            Name

**Attn: Michael Lipkin**
**9000 Sunset Blvd**
Number      Street

**West Hollywood**                                  **CA**      **90069**
City                                                State      ZIP Code

| Name and address |
|---|

**26d.5**  **Brex Inc.**
            Name

**12832 Frontrunner Blvd.**
**Suite 500**
Number      Street

**Draper**                                          **UT**      **84020**
City                                                State      ZIP Code

Copyright © Financial Software Solutions, LLC                                                      BlueStylus

Debtor    **Zugo Bike LLC**
           Name                                                    Case number *(if known)*

| Name and address |
|---|

**26d.6**   **Bridge Captial**
            Name

**Attn: Eli Barnett**
**30 Broad Street**
Number        Street

**New York**                                    **NY**    **10004**
City                                            State    ZIP Code

| Name and address |
|---|

**26d.7**   **BridgeBank**
            Name

**Attn: Kelly Caviglia**
Number        Street

City                                            State    ZIP Code

| Name and address |
|---|

**26d.8**   **Carrell Worley**
            Name

**900 Town & Country Lane**
**Suite 310**
Number        Street

**Houston**                                     **TX**    **77024**
City                                            State    ZIP Code

| Name and address |
|---|

**26d.9**   **CircleUp Credit Advisors**
            Name

**Attn: Melissa Ginder**
**548 Market Street PMB 60874**
Number        Street

**San Francisco**                               **CA**    **94104**
City                                            State    ZIP Code

| Name and address |
|---|

**26d.10**  **Clearbanc**
            Name

**200 University Ave.**
**Toronto, ON CANADA**
Number        Street

City                                            State    ZIP Code

Copyright © Financial Software Solutions, LLC                                                      BlueStylus

Debtor  **Zugo Bike LLC**
Name

Case number *(if known)*

| | **Name and address** |
|---|---|
| **26d.11** | **Clearco** |
| | Name |
| | **Attn: Aaron Noronha** |
| | Number        Street |
| | |
| | City                                    State    ZIP Code |

| | **Name and address** |
|---|---|
| **26d.12** | **Crossroads Financial, LLC** |
| | Name |
| | **Attn: Carlos D. Gomez** |
| | **6001 Broken Sound Parkway, Suite 620** |
| | Number        Street |
| | **Boca Raton**                          **FL**      **33487** |
| | City                                    State    ZIP Code |

| | **Name and address** |
|---|---|
| **26d.13** | **Divvy** |
| | Name |
| | **Attn: Michael Phelps and Kaydee Weaver** |
| | **Email: michael.phelps@divvypay.com** |
| | **Email: kaydee.weaver@divvypay.com** |
| | Number        Street |
| | |
| | City                                    State    ZIP Code |

| | **Name and address** |
|---|---|
| **26d.14** | **Feenix Venture Partners** |
| | Name |
| | **Attn: Matthew Pilkington** |
| | **1201 Broadway. 7th Floor** |
| | Number        Street |
| | **New York**                            **NY**      **10001** |
| | City                                    State    ZIP Code |

| | **Name and address** |
|---|---|
| **26d.15** | **Flexport** |
| | Name |
| | **Attn: Brian Li** |
| | **760 Market Street, 8th Floor** |
| | Number        Street |
| | **San Francisco**                       **CA**      **94102** |
| | City                                    State    ZIP Code |

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor    __**Zugo Bike LLC**__                                    Case number *(if known)* _____
          Name

| | Name and address |
|---|---|
| **26d.16** | **Franfund** |
| | Name |
| | **Attn: Mariah Statler** |
| | **Email: mstatler@franfund.com** |
| | Number          Street |
| | |
| | City                                    State    ZIP Code |

| | Name and address |
|---|---|
| **26d.17** | **Hum Captial** |
| | Name |
| | **Attn: Sylvia Fernandes** |
| | **228 Park Ave S, PMB 44954** |
| | Number          Street |
| | |
| | **New York**                            **NY**    **10003-1502** |
| | City                                    State    ZIP Code |

| | Name and address |
|---|---|
| **26d.18** | **Kickfurther** |
| | Name |
| | **Attn: Megan Condon** |
| | **24th Floor Seneca One Tower** |
| | Number          Street |
| | |
| | **Buffalo**                             **NY**    **14203** |
| | City                                    State    ZIP Code |

| | Name and address |
|---|---|
| **26d.19** | **Lendio Inc.** |
| | Name |
| | **88 Froehlich Farms Blvd.** |
| | **Suite 301** |
| | Number          Street |
| | |
| | **Woodbury**                            **NY**    **11797** |
| | City                                    State    ZIP Code |

| | Name and address |
|---|---|
| **26d.20** | **Moby Cap** |
| | Name |
| | **Attn: Jennifer Irwin** |
| | **jen.irwin@mobycap.com** |
| | Number          Street |
| | |
| | City                                    State    ZIP Code |

| Debtor | **Zugo Bike LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | **Name and address** |
|---|---|
| **26d.21** | **Onrampfunds** |
| | Name |
| | **Attn: Mike Manni and Matt McVaney** |
| | **Email: mike@onrampfunds.com** |
| | **Email: matt@onrampfunds.com** |
| | Number        Street |

| | | | |
|---|---|---|---|
| | City | State | ZIP Code |

| | **Name and address** |
|---|---|
| **26d.22** | **Phoenix Property Company** |
| | Name |
| | **Attn: Matt McKee** |
| | **5625 Village Glen Dr.** |
| | **Suite 200** |
| | Number        Street |

| | | | **75206** |
|---|---|---|---|
| | City | State | ZIP Code |

| | **Name and address** |
|---|---|
| **26d.23** | **PrimeLending** |
| | Name |
| | **Attn: Hannah Rice** |
| | **701 FM 685, #500-510** |
| | Number        Street |

| | **Pflugerville** | **TX** | **78660-2899** |
|---|---|---|---|
| | City | State | ZIP Code |

| | **Name and address** |
|---|---|
| **26d.24** | **Republic Business Credit** |
| | Name |
| | **Attn: Jason G. Carmona** |
| | **15260 Ventura Blvd., Suite 1920** |
| | Number        Street |

| | **Sherman Oaks** | **CA** | **91403** |
|---|---|---|---|
| | City | State | ZIP Code |

| | **Name and address** |
|---|---|
| **26d.25** | **Rosenthal Inc.** |
| | Name |
| | **Attn: Andrew Barone** |
| | **1370 Broadway** |
| | Number        Street |

| | **New York** | **NY** | **10018** |
|---|---|---|---|
| | City | State | ZIP Code |

| Debtor | **Zugo Bike LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name and address |
|---|

**26d.26**    **SellersFunding and Alta**
Name

**Attn: Mario Salgado**
**Email: mario@sellersfunding.com**
Number    Street

City                  State   ZIP Code

| Name and address |
|---|

**26d.27**    **Shopify.com**
Name

**Attn: Alicia Abela**
**Email: Alicia.abela@shopify.com**
Number    Street

City                  State   ZIP Code

| Name and address |
|---|

**26d.28**    **Strategic Capital**
Name

**Attn: John Slater**
**228 Park Ave S, PMB 44954**
Number    Street

**New York**                **NY**   **10003-1502**
City                  State   ZIP Code

| Name and address |
|---|

**26d.29**    **Stream Austin**
Name

**Attn: Ryan Ridgeway**
**Email: rridgeway@streamrealty.com**
Number    Street

City                  State   ZIP Code

| Name and address |
|---|

**26d.30**    **The Blunt Team**
Name

**1717 W. 6th #340**
Number    Street

**Austin**                 **TX**   **78703**
City                  State   ZIP Code

Copyright © Financial Software Solutions, LLC            BlueStylus

| Debtor | **Zugo Bike LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | **Name and address** |
|---|---|
| **26d.31** | **Tucker Sulzberger** |
| | Name |
| | **2101 S. IH-35 Frontage Rd.** |
| | **Suite 400** |
| | Number        Street |
| | **Austin**                    **TX**    **78741** |
| | City                                State      ZIP Code |

| | **Name and address** |
|---|---|
| **26d.32** | **Uncapped** |
| | Name |
| | **Attn: George Jackson** |
| | **Email: george@weareuncapped.com** |
| | Number        Street |
| | City                                State      ZIP Code |

| | **Name and address** |
|---|---|
| **26d.33** | **Wayflyer** |
| | Name |
| | **Attn: John Robert Harrison III** |
| | **Email: john.harrison@wayflyer.com** |
| | Number        Street |
| | City                                State      ZIP Code |

| | **Name and address** |
|---|---|
| **26d.34** | **Wells Fargo Bank, N.A.** |
| | Name |
| | **C/O Jordan Salyer** |
| | **2700 S. Price Road, 3rd Floor** |
| | Number        Street |
| | **Chandler**                  **AZ**    **85286** |
| | City                                State      ZIP Code |

| | **Name and address** |
|---|---|
| **26d.35** | **Wells Fargo Community Bank** |
| | Name |
| | **Attn: Michael Anthony Pena** |
| | **609 Castle Ridge Rd.** |
| | **Suite 430** |
| | Number        Street |
| | **78746** |
| | City                                State      ZIP Code |

Copyright © Financial Software Solutions, LLC
BlueStylus

Debtor __**Zugo Bike LLC**__  Case number *(if known)* _____
　　　　Name

| Name and address |
|---|

**26d.36**　**Wells Fargo SBA Lending**
　　　　　Name

　　　　　**Attn: Lucas Ramos**
　　　　　**4101 JBS Parkway**
　　　　　Number　　　Street

　　　　　__**Odessa**__　　　　　　　　　**TX**　　**79762**
　　　　　City　　　　　　　　　　　State　　ZIP Code

| Name and address |
|---|

**26d.37**　**Wells Fargo SBA Lending**
　　　　　Name

　　　　　**C/O J. Corey Dolina**
　　　　　**SBA Business Dev. Officer**
　　　　　**2300 S. IH 35, 1st Floor**
　　　　　Number　　　Street

　　　　　__**Round Rock**__　　　　　　　**TX**　　**78681**
　　　　　City　　　　　　　　　　　State　　ZIP Code

| Name and address |
|---|

**26d.38**　**Yardline**
　　　　　Name

　　　　　**Attn: Nick Avella and Chris Paul**
　　　　　**Email: nick@yardline.com**
　　　　　**Email: chris.paul@yardline.com**
　　　　　Number　　　Street

　　　　　_____
　　　　　City　　　　　　　　　　　State　　ZIP Code

27.　**Inventories**

　　Have any inventories of the debtor's property been taken within 2 years before filing this case?

　　■ No
　　☒ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|

**27.1**　_____
　　　　Name

　　　　_____
　　　　Number　　　Street

　　　　_____
　　　　City　　　　　　　　　　　State　　ZIP Code

Copyright © Financial Software Solutions, LLC　　　　　　　　　　　　　　　　　　　　　　　　　BlueStylus

| Debtor | **Zugo Bike LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **28.1  Hunter Bailey** | **3112 Windsor Rd. 311**<br>**Austin, TX 78703** | **Managing Member & Founder** | **95.00** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **29.1** | | | From _____ To **Present** |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| **30.1  Hunter Bailey**<br>Recipient's Name<br><br>**3112 Windsor Rd. 311**<br>Number       Street<br><br>**Austin          TX     78703**<br>City                State   ZIP Code<br><br>Relationship to debtor<br>**Founder and Managing Member** | **$44,000 in Salary/Wages**<br>**$37,934.91 in Loan payments** | | **Wages & Loan Payments** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| **30.2  Julia Bindi**<br>Recipient's Name<br><br>**8009 Landsman Dr.**<br>Number       Street<br><br>**Austin          TX     78736**<br>City                State   ZIP Code<br><br>Relationship to debtor<br>**Spouse of Managing Member** | **$8,500 in Wages**<br>**$141,557.52 in Loan Repayment** | | **Wages and Loan Repayment** |

Copyright © Financial Software Solutions, LLC        BlueStylus

Debtor     __Zugo Bike LLC_____     Case number *(if known)* _____
                  Name

31.  **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32.  **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

---

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     _____
                         MM/DD/YYYY

✗     __/s/ Hunter Bailey_____     Printed name  __Hunter Bailey_____
        Signature of individual signing on behalf of the debtor

        Position or relationship to debtor     __Founder, CEO_____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☒ No

☐ Yes

Copyright © Financial Software Solutions, LLC
BlueStylus